# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:24-mj-1132-SPF | DATE: | February 6, 2024 |
|---|---|---|---|
| **HONORABLE SEAN P. FLYNN** | | **INTERPRETER:** | James Plunkett |
| UNITED STATES OF AMERICA | | **LANGUAGE:** | Spanish |
| v. | | **GOVERNMENT COUNSEL** Michael Buchanan, AUSA | |
| MIRTZA OCANA | | **DEFENSE COUNSEL** Kathleen Sweeney, AFPD | |
| **COURT REPORTER:** DIGITAL | | **DEPUTY CLERK:** | Eric Calderon |
| **TIME:** 2:13 – 2:59 | **TOTAL:** 0:46 | **COURTROOM:** | 11B |

**PROCEEDINGS: INITIAL APPEARANCE / PRELIMINARY / BOND / DETENTION**

[X]   DEFENDANT PRESENT          [X] ARREST DATE: 2/5/2024
[X]   DEFENDANT PROVIDED WITH COPY OF COMPLAINT; COURT SUMMARIZED CHARGES
[X]   COURT ADVISES DEFENDANT OF RULE 5 RIGHTS
[X]   DEFENDANT ORAL MOTION TO APPOINT INTERPRETER
[X]   COURT ORAL ORDER APPOINTING INTERPRETER
[X]   FINANCIAL AFFIDAVIT FILED
[X]   DEFENDANT ORAL MOTION TO APPOINT COUNSEL
[X]   COURT ORAL ORDER DEFENSE ATTORNEY: Kathleen Sweeney, AFPD appointed
[X]   COURT ORAL ORDER DUE PROCESS PROTECTIONS ACT
[X]   DEFENDANT REQUESTS PRELIMINARY EXAMINATION HEARING
       Government direct examination of witness Victor Valentin, Agent (sworn)
       Defendant cross examination of witness Victor Valentin, Agent
       Government redirect examination of witness Victor Valentin, Agent
       Government rests
       Defense rests
       Government oral argument
       Defense oral argument
[X]   COURT FINDS GOVERNMENT ESTABLISHED PROBABLE CAUSE

[X]   GOVERNMENT: ORAL MOTION FOR DETENTION
[X]   GOVT POSITION ON DETENTION: risk of flight
[X]   DEFENDANT ORAL MOTION FOR RELEASE FROM CUSTODY
[X]   DEFENDANT POSITION ON RELEASE: abide by conditions of release suggested by U.S. Pretrial

[X]   COURT ORDERS: RELEASED, Unsecured Bond in amount of $100,00.00, shall report to U.S. Pretrial Services as directed, shall seek employment, shall surrender passport to U.S. Pretrial Services, shall not obtain any new travel documents, shall obtain psychiatric treatment, Location Restriction Program: Home Detention with GPS monitoring