UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.  Case No. 8:24-mj-1132-SPF

**MIRTZA OCANA**
_____/

## NOTICE OF APPEARANCE
## AND SUBSTITUION OF COUNSEL

The Office of the Federal Defender has been appointed by the Court to represent Defendant Mirtza Ocana in the above-styled cause.

The Clerk is requested to enter the appearance of Assistant Federal Defender Stephen Consuegra as counsel for the Defendant.

The Clerk also is requested to withdraw the name of Attorney Kathleen M. Sweeney as notice counsel for the Defendant.

DATED this 8th day of February, 2024.

    Respectfully submitted,
    A. FITZGERALD HALL, ESQ.
    FEDERAL DEFENDER

    */s/ Stephen Consuegra*
    Stephen Consuegra, Esq.
    Assistant Federal Defender
    Bar No. 105816
    400 North Tampa St., Ste. 2700
    Tampa, FL 33602
    (813) 228-2715
    Stephen_Consuegra@fd.org

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of February, 2024, a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will send a notice of the electronic filing to:

Michael Buchanan, AUSA

*/s/ Stephen Consuegra*
Stephen Consuegra, Esq.
Assistant Federal Defender
