# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 8:24-mj-1132-SPF |
| Mirtza Ocana | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Mirtza Ocana,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☑ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Bulk Cash Smuggling

In violation of 31 U.S.C. § 5332.

FEB 6 2024 PM2:35
FILED - USDC - FLMD - TPA

Date: 2/5/2024

_____
Issuing officer's signature

City and state: Tampa, FL

SEAN P. FLYNN
Printed name and title

---

### Return

This warrant was received on *(date)* 2/6/24, and the person was arrested on *(date)* 2/5/24
at *(city and state)* TAMPA, FL.

Date: 2/6/24

MR
Arresting officer's signature

MARIO D. RODRIGUEZ SA HSI
Printed name and title